### Charles W. Hartman *vs.* Albertina Munch.

#### October 21, 1874.

**Homestead of Equitable Owner.**—*Wilder* v. *Haughey*, (*ante*, p. 101, ) followed as to the right of an equitable owner of land to claim and hold the same as a homestead under the Homestead Law of this State.

This action was brought in the district court for Sibley county, to recover possession of a tract of land in that county, containing eighty acres, and was tried before *Chatfield*, J. and a jury. The evidence introduced by the plaintiff having established the facts stated in the following opinion, the action was dismissed on the defendant's motion, and a judgment of dismissal and for costs was entered in favor of the defendant, from which the plaintiff appeals.

*Sylvester Kipp*, for appellant.

*Daniel Pickit*, for respondent.

Berry, J. Adam Munch was assignee of two school-

land certificates, of the same character as those considered in *Wilder* v. *Haughey* (*ante*, p. 101). It appeared that he had assigned the certificates to the plaintiff, but that the defendant (his wife) did not join in the assignment. It also appeared that at the time when the assignment was executed, the premises covered by the certificates were occupied by said Adam and the defendant, they claiming the same as a homestead. The right and interest of said Adam being such as to entitle him to hold the premises as a homestead, under the provisions of ch. 68, Gen. Stat., as we have determined at this term in *Wilder* v. *Haughey*, *ante*, p. 101, the court below was right in holding the assignment to be invalid.

The return is not in a condition to enable us to consider the point made as to the entry of judgment, or the alleged failure to attach a copy thereof to the roll.

Judgment affirmed.